# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2012

Robert P. Young, Jr.,
Chief Justice

143542

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                               SC: 143542
                                               COA: 295664
                                               Wayne CC: 09-011104-01

ANGELO JOHNSON,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the June 14, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2012

_____
Clerk

y0118